395 A.2d 1013

Young et ux. v. Robinson et ux., et al., Appellants.

Submitted June 19, 1978.
Robert F. Cox, Sr., for appellants; D. Bruce Cahilly and Gregory V. Smith, for appellees.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

November 1, 1978

395 A.2d 1013

Commonwealth v. Bailey, Appellant.

Submitted November 14, 1977. John Edward Calior, for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.